AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JULIO CESAR NAVAS,

     Petitioner,   JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:08-CV-00181-BES-RAM**

STATE OF NEVADA, et al.,

     Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** this action is dismissed.


April 25, 2008                                                **LANCE S. WILSON**
                                                                                    Clerk


                                                                            /s/ Katie Lynn Ogden
                                                                                Deputy Clerk